# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Martin Ray Robinson, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:21-cv-00246-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| McDowell County Detention Center, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2022 Order.

June 8, 2022

Frank G. Johns, Clerk
United States District Court